GRAVES, Presiding Judge.

Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The State's evidence is sufficient to support the conviction.

The record is before this court without any bills of exception complaining of matters of procedure.

The judgment is affirmed.

## SHELTON v. STATE.
### No. 25521.

Court of Criminal Appeals of Texas.
Nov. 28, 1951.

No attorney on appeal for appellant.
George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The offense is burglary. The penalty assessed is confinement in the state penitentiary for a term of 12 years.

## WATERS v. STATE.
### No. 25530.

Court of Criminal Appeals of Texas.
Nov. 28, 1951.

No attorney on appeal, for appellant.
Henry Wade, Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Texas, George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is rape; the punishment, seven years.

There being no statement of facts or bills of exception in the record, the judgment of the trial court is affirmed.